WILLIAM K. PAO (S.B. #252637)
wpao@omm.com
DANIEL J. TULLY (S.B. #309240)
dtully@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071–2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant Bank of America Corporation


WAYNE T. EVANS
3262 N. Garey Avenue, #193
Pomona, CA 91767
Telephone: (949) 291-2461

Plaintiff, *in pro per*

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE T. EVANS,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION; and DOES 1–100, inclusive,<br><br>        Defendants. | Case No. CV 17-08407 JFW (JEMx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br>**[FED. R. CIV. P. 41(a)(1)(ii)]**<br><br>Judge: Hon. John F. Walter |

| | |
|---|---|
| 1 | |
| 2 | This Matter came before the Court on Plaintiff Wayne T. Evans and Defendant Bank of America Corporation's Joint Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Pursuant to the parties' joint stipulation and confidential settlement agreement, it is hereby ORDERED that the above-captioned action, including all claims asserted by Plaintiff against Defendant, be and hereby is DISMISSED WITH PREJUDICE. |

IT IS SO ORDERED.

DATED this 8th day of December, 2017.

_____
The Honorable John F. Walter
United States District Judge